Gerald C. Sterns (State Bar No. 029976
STERNS & WALKER
901 Clay Street
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506
Email: sterns@trial-law.com

Michael P. Verna (State Bar No. 84070)
BOWLES & VERNA
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Phone: (925) 935-3300
Facsimile: (925) 935-0371
E-mail: mverna@bowlesverna.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDR VOROBIEV; NIKOLAY NISIN; VLADIMIR SCHILLER,

Plaintiffs,

v.

MCDONNELL DOUGLAS HELICOPTERS, a subsidiary or subdivision of the BOEING COMPANY; THE BOEING COMPANY; COMPANIES 1-10 and DOES 1-50, inclusive;

Defendants.

Case No. C 08-05539 JSW

**STIPULATION TO FILE AMENDMENT TO COMPLAINT** AND ORDER THEREON

IT IS HEREBY STIPULATED by and between all parties to this action, through their respective counsel, that plaintiff may file the attached Amendment to Complaint, substituting in the true name of defendant MD Helicopters, Inc. for defendant DOE 1.

\\\

\\\

By this stipulation, plaintiffs agree to dismiss McDonnell Douglas Helicopter Company (erroneously sued as "McDonnell Douglas Helicopters".)

Dated: February 16, 2009

STERNS & WALKER
BOWLES & VERNA

By /s/ Bruce Posnde

Gerald C. Sterns
Attorneys for Plaintiffs

Dated: February 20, 2009

PERKINS COIE

By /s/

Ronald A. McIntire, CBA 127407
Attorney for Defendant
McDonnell Douglas Helicopter Company
(erroneously sued as "McDonnell Douglas Helicopters")

## [PROPOSED] ORDER

It is so ordered. Plaintiffs must file and serve on all the parties the attached Amendment to Complaint no later than February 25, 2009. By stipulation, it is further ordered that Defendant McDonnell Douglas Helicopter Company (erroneously sued as "McDonnell Douglas Helicopters") is hereby dismissed.

Dated: February 23, 2009

/s/ Jeffrey S. White

Honorable Jeffrey S. White

Gerald C. Sterns (State Bar No. 029976)
Brenda D. Posada (State Bar No. 152480)
STERNS & WALKER
901 Clay Street
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506
Email: sterns@trial-law.com

Michael P. Verna (State Bar No. 84070)
BOWLES & VERNA
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Phone: (925) 935-3300
Facsimile: (925) 935-0371
E-mail: mverna@bowlesverna.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDR VORBIEV; NIKOLAY NISIN; VLADIMIR SCHILLER,<br><br>Plaintiffs,<br><br>v.<br><br>MCDONNELL DOUGLAS HELICOPTERS, a subsidiary or subdivision of the BOEING COMPANY; THE BOEING COMPANY; COMPANIES 1-10 and DOES 1-50, inclusive;<br><br>Defendants. | Case No. C 08-05539 JSW<br><br>**AMENDMENT TO COMPLAINT** |

As an amendment to the Complaint of plaintiffs on file herein, plaintiff alleges:

1. At the time of the filing of the Complaint in this action, plaintiffs were unaware of the correct names of one defendant, and so that defendant is not named in the Complaint;

2. Plaintiffs have now learned the correct name of the defendant and hereby amend their

1  Complaint to substitute DOE 1 for MD Helicopters, Inc.:

2  <u>Substitute</u>     <u>Defendant Name</u>

3  DOE 1     MD Helicopters, Inc.

4

5  Dated: February ___, 2009     STERNS & WALKER
     BOWLES & VERNA
6

7
     By_____
8         Gerald C. Sterns
          Brenda D. Posada
9         Attorneys for Plaintiffs