1
2
3
4
5
6
7
8

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ALEXANDER VORBIEV,

10           Plaintiff,                                    No. C 08-05539 JSW

11    v.

12    MCDONNELL DOUGLAS,                         **ORDER TO SHOW CAUSE**

13           Defendant.

14    _____/

15           This matter came before the Court for a case management conference on Friday, April 3,

16    2009.  On December 23, 2008, the Court issued an order setting the case management

17    conference.  Counsel for Defendant was required, but failed, to appear for that case

18    management conference.

19           Accordingly, Defendant is HEREBY ORDERED TO SHOW CAUSE in writing by no

20    later than April 13, 2009, as to why default should not be entered for failure to defend and why

21    Defendant's counsel should not be sanctioned in the amount of $2,500.  Failure to respond to

22    this Order by April 13, 2009, shall result in the entry of default judgment against Defendant and

23    the issuance of sanctions against Defendant's counsel in the amount of $2,500.

24           **IT IS SO ORDERED.**

25

26    Dated:   April 3, 2009                          _____
                                                        JEFFREY S. WHITE
27                                                      UNITED STATES DISTRICT JUDGE

28