IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER VORBIEV,<br><br>    Plaintiff,<br><br>  v.<br><br>MCDONNELL DOUGLAS,<br><br>    Defendant.<br>_____/ | No. C 08-05539 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

This matter came before the Court for a case management conference on Friday, April 3, 2009. On December 23, 2008, the Court issued an order setting the case management conference. Counsel for Defendant was required, but failed, to appear for that case management conference. Accordingly, on April 3, 2009, this Court issued an order to show cause as to why default should not be entered for failure to defend and why Defendant's counsel should not be sanctioned in the amount of $2,500.

On April 9, 2009, the Court received a response to the order to show cause indicating counsel's absence was an oversight. Therefore, the Court shall not enter default against Defendant, but shall sanction counsel in the amount of $300. Counsel is admonished to attend all court appearances, and as lead counsel to appear for the first case management conference as required under this Court's standing orders. In addition, counsel is admonished to prepare required joint filings, such as the declination to proceed before a Magistrate Judge, jointly in the future.

1  Future failure to follow this Court's orders shall result in further sanctions.  The order to
2 show cause is hereby discharged.
3  **IT IS SO ORDERED.**

5 Dated: April 10, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE