IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER VORBIEV,<br><br>   Plaintiff,<br><br> v.<br><br>MCDONNELL DOUGLAS HELICOPTERS, INC., el al.,<br><br>   Defendants.<br>_____/ | No. C 08-05539 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

  This matter is set for a hearing on June 19, 2009 on Defendant McDonnell Douglass Helicopters, Inc.'s motion to dismiss and administrative motion for relief from deadline or in the alternative motion to determine choice of law. The Court HEREBY ORDERS that an opposition to these motions shall be filed by no later than May 4, 2009 and reply briefs shall be filed by no later than May 11, 2009.

  If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

  **IT IS SO ORDERED.**

Dated: April 20, 2009

                     _____
                     JEFFREY S. WHITE
                     UNITED STATES DISTRICT JUDGE