Gerald C. Sterns (State Bar No. 029976
STERNS & WALKER
901 Clay Street
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506
Email: sterns@trial-law.com

Michael P. Verna (State Bar No. 84070)
BOWLES & VERNA
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Phone: (925) 935-3300
Facsimile: (925) 935-0371
E-mail: mverna@bowlesverna.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDR VORBIEV; NIKOLAY NISIN; VLADIMIR SCHILLER,

Plaintiffs,

v.

MD HELICOPTERS, INC.; COMPANIES 1-10 and DOES 1-50, inclusive;

Defendants.

Case No. C 08 05539 JSW

**STIPULATION TO EXTEND TIME AND RESET HEARING DATE ON MOTION FOR ADMINISTRATIVE RELIEF AND MOTION TO DISMISS FILED BY DEFENDANT MD HELICOPTERS, INC.**

[PROPOSED] ORDER THEREON

ORDER DENYING STIPULATION WITHOUT PREJUDICE

It is hereby stipulated by and between PLAINTIFFS, Vorbiev, Nisin and Schiller; and defendant MD Helicopters, Inc. that plaintiffs may have until **May 29, 2009** to file a response to MD Helicopters, Inc.'s Motion to Dismiss On the Grounds of *Forum Non Conveniens* and Motion For An Order Establishing Russian Law As the Controlling Substantive Law, and that, if needed, the defense may then have until **June 5, 2009** to file replies thereto.

Dated: 24 April 2009                STERNS & WALKER

                                    BY: _____
                                    Gerald C. Sterns
                                    Attorneys for Plaintiffs

Dated: April 24, 2009               MENDES & MOUNT, LLP

                                    BY: _____
                                    James W. Hunt
                                    Attorneys for MD Helicopters, Inc.

### [PROPOSED] ORDER

~~Upon stipulation of the Parties as set forth above, and Good Cause Appearing therefore, the above schedule is SO ORDERED.~~

Dated: April 27, 2009               _____
                                    UNITED STATES DISTRICT JUDGE

The parties have not demonstrate good cause for the requested modification of the briefing schedule set by the Court. Accordingly, the request is denied without prejudice.