Gerald C. Sterns (State Bar No. 029976)
STERNS & WALKER
901 Clay Street
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506
Email: sterns@trial-law.com

Michael P. Verna (State Bar No. 84070)
BOWLES & VERNA
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Phone: (925) 935-3300
Facsimile: (925) 935-0371
E-mail: mverna@bowlesverna.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDR VORBIEV; NIKOLAY NISIN; VLADIMIR SCHILLER,<br><br>Plaintiffs,<br><br>v.<br><br>MD HELICOPTERS, INC.; COMPANIES 1-10 and DOES 1-50, inclusive;<br><br>Defendants. | Case No. C 08 05539 JSW<br><br>~~(PROPOSED)~~ **ORDER** |

Under the stipulation of counsel heretofore filed, and the Declaration before the Court, and Good Cause appearing therefore; it is hereby ORDERED that the briefing schedule is modified, and shall be as follows:

    Respondent plaintiffs; time to reply to defense motions:  29 May 2009

    Reply by Moving Party Defendant, if needed:  5 June 2009

    Hearing date on motions:  19 June 2009

1
~~(PROPOSED)~~ ORDER

SO ORDERED.

Date: April 30, 2009

*Jeffrey S. White* (signature)

Honorable Jeffrey S. White