**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER VORBIEV,

    Plaintiff,

  v.

MCDONNELL DOUGLAS HELICOPTERS, INC., el al.,

    Defendants.
                                    /

No. C 08-05539 JSW

**ORDER SETTING HEARING AND BRIEFING SCHEDULE RE MOTION TO REINSTATE CASE**

Plaintiffs have filed a motion to reinstate this case after rejection of jurisdiction by alleged alternative forum and set a hearing for April 30, 2010. Due to the Court's calendar, the motion shall be heard instead on May 7, 2010 at 9:00 a.m. The Court further ORDERS that an opposition to this motion shall be filed by no later than April 9, 2010 and a reply brief shall be filed by no later than April 16, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 25, 2010

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE